UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                         :

COURTNAY CURLIN,                               :

                Plaintiff,                             :         Case No.: 1:22-cv-03205

           -against-                             :         **STIPULATION OF DISMISSAL**

DELAWARE LIFE INSURANCE COMPANY OF  :      **WITH PREJUDICE**
NEW YORK f/k/a SUN LIFE INSURANCE AND   :
ANNUITY COMPANY OF NEW YORK f/k/a      :
SUN LIFE FINANCIAL INC. f/k/a SUN LIFE     :
ASSURANCE COMPANY OF CANADA,        :
                                                         :
              Defendants.                      :
------------------------------------------------------------x

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-entitled civil action is voluntarily dismissed, with prejudice and without costs to either side.

Dated:  New York, New York
            December 29, 2022

                                                              _____
                                                              Jonathan Behrins, Esq.
                                                              The Behrins Law Firm
                                                              Office & P.O. Address
                                                              1491 Richmond Road
                                                              Staten Island, New York 10304
                                                              (718) 447-5540
                                                              **Attorneys for Plaintiff**

Dated: New York, New York
December 29, 2022

John Fogarty, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10 Madison Avenue, Suite 400
Morristown, NJ 07960
(212) 492-2069
**Attorneys for Defendant**